AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| BRIAN ALLEN, et al. | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 16-cv-00200-GKF-TLW |
| SEMPER FIDELIS OIL & GAS, LLC et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nick's Oil and Gas
701 E. Highway 16
Beggs, OK 74421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee Levinson
1743 East 71st Street
Tulsa, OK 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Phil Lombardi

Date: APR 1 5 2016

_____
Signature of Clerk or Deputy Clerk

# Affidavit of Service

CASE NO. **16-cv-00200-GKF-TLW**          COUNTY: **Northern District of Oklahoma**

**Brian Allen, et al.**
   Plaintiff

v.

**Semper Fidelis Oil & Gas, LLC et al.**
   Defendant

## DOCUMENTS SERVED
1. Summons in a Civil Action
2. Petition

I, Nathan Alessi, the undersigned, duly sworn and under oath, certify that on the 20th day of April, 2016, I received the foregoing and served the same according to law in the following manner:

**Corporation / Partnership:**

By delivering a copy of said process to/for **Nicks Oil and Gas**

At: **316 North Main Street, Bristow, Oklahoma 74010**

By serving: **Nicholas P. Yukich III**, he being the **Owner** of said entity.

Date: **April 21st, 2016**

_____
Process Server
PSS-2014-6

Subscribed to and sworn to before me on this 22nd day of April, 2016.

JOY ALESSI
NOTARY PUBLIC
STATE OF OKLAHOMA
14002494
EXP. MARCH 19, 2018

_____
NOTARY PUBLIC OR DEPUTY COURT CLERK