IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN ALLEN, an individual; ) <br> MASA ENERGY, LLC, a Texas limited ) <br> liability company; ) <br> MICHAEL E. & CAROLE PETERSON- ) <br> BAKER, husband and wife; ) <br> DAN BUSHMAN, an individual; ) <br> QUAIL TRUST, DATED 11/1/1995, ) <br> TRAVIS C. CARR, TRUSTEE; ) <br> RON COOPER, an individual; ) <br> DARYL GORDON, an individual; ) <br> HALTER, LLC; ) <br> ANNE HUMEN, an individual; ) <br> MONTE & ROBYN JOHNSON, husband ) <br> and wife; ) <br> CHUCK KAYE, an individual; ) <br> JERRY LOPEZ, an individual; ) <br> RANDALL MARKUM, an individual; ) <br> MERRITT, LLC; ) <br> LARRY & JUDITH MYERS, husband ) <br> and wife; ) <br> ALLEN RAFERT, an individual; ) <br> INTREPID RESOURCES, LLC; ) <br> KYRON RAMOO, an individual; ) <br> ROBERT SEGULJA, an individual; ) <br> JOHN TEIGE, an individual; and ) <br> MARK TIENSVOLD, an individual, ) <br> ) <br>        Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SEMPER FIDELIS OIL & GAS, LLC, an ) <br> expired foreign limited liability company; ) <br> SEMPER FIDELIS EXPLORATION ) <br> AND PRODUCTION, LLC, a cancelled ) <br> foreign limited liability company; ) <br> SEMPER FIDELIS EXPLORATION & ) <br> PRODUCTION, LLC, a domestic limited ) <br> liability company; ) <br> NUCO ENERGY, LLC, a cancelled ) <br> foreign limited liability company; ) | Case No. 16-CV-200-GKF-TLW |

| | |
|---|---|
| NUCO ENERGY LLC, an Oklahoma limited liability company; <br> NICK'S OIL AND GAS; <br> NEO OILFIELD SERVICES, LLC, a foreign limited liability company; <br> NICHOLAS P. YUKICH III, an individual; and <br> JERRY GRIGGS, an individual, <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

Pursuant to the court's Orders dated March 29, 2017, judgment is hereby entered in favor of plaintiffs Brian Allen, an individual; Masa Energy, LLC, a Texas limited liability company; Michael E. & Carole Peterson-Baker, husband and wife; Dan Bushman, an individual; Quail Trust, dated 11/1/1995, Travis C. Carr, Trustee; Ron Cooper, an individual; Daryl Gordon, an individual; Halter, LLC; Anne Humen, an individual; Monte & Robyn Johnson, husband and wife; Chuck Kaye, an individual; Jerry Lopez, an individual; Randall Markum, an individual; Merritt, LLC; Larry & Judith Myers, husband and wife; Allen Rafert, an individual; Intrepid Resources, LLC; Kyron Ramoo, an individual; Robert Segulja, an individual; John Teige, an individual; and Mark Tiensvold, an individual, and against defendants Semper Fidelis Oil & Gas, LLC, an expired foreign limited liability company; Semper Fidelis Exploration and Production, LLC, a cancelled foreign limited liability company; Semper Fidelis Exploration & Production, LLC, a domestic limited liability company; NUCO Energy, LLC, a cancelled foreign limited liability company; NUCO Energy LLC, an Oklahoma limited liability company; Nick's Oil and Gas; NEO Oilfield Services, LLC, a foreign limited liability company; Nicholas P. Yukich III, an individual; and Jerry Griggs, an individual, jointly and severally, in the amount of $356,490.94.

Plaintiffs may recover attorney's fees and costs to which they may be entitled upon timely application and proof thereof.

ENTERED at Tulsa, Oklahoma this 29th day of March, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT